# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>CATHERINE A. ZURASKI<br><br>Debtor<br><br>ANDREW R. VARA, UNITED STATES TRUSTEE<br><br>Movant<br><br>vs.<br><br>CATHERINE A. ZURASKI<br><br>Respondent | Case No. 5-21-000958<br><br>Chapter 7<br><br>Henry W. Van Eck, C.B.J. |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at lease twenty-four (24) hours prior to the hearing or trial. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party. This is a first written request for a continuance[2].

Reason for continuance: *To Permit the Office of the United States Trustee time to review information which the Debtor recently provided to their office reating to its Motion to Dismiss.*

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Respectfully Submitted
**Law Offices of Brian E. Manning**
/s/ Brian E. Manning
Brian E. Manning, Esquire
502 S. Blakely, St., Suite B
Dunmore, PA 18512
Tel. 570-558-1126
Fax 866-559-9808
Attorney for Debtor

Dated: December 17, 2021

---

[1] No alterations or interlineations of this document are permitted.
[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.