IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| CATHERINE A. ZURASKI, | : | CASE NO. 5:21-bk-00958-HWV |
| | : | |
| Debtor | : | |
| | : | |
| ANDREW R. VARA | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| CATHERINE A. ZURASKI, | : | |
| | : | |
| Respondent | : | |

**WITHDRAWAL OF MOTION OF THE UNITED STATES
TRUSTEE TO DISMISS CASE PURSUANT TO 11 U.S.C. § 707(b)(3)(B)**

To the Clerk of the Bankruptcy Court:

Please withdraw the Motion Of The United States Trustee To Dismiss Case Pursuant To 11 U.S.C. § 707(b)(3)(B), more particularly identified as Docket No. 31. Debtor's counsel consents to the withdrawal of the Motion.

    Respectfully submitted,

    ANDREW R. VARA
    UNITED STATES TRUSTEE
    REGIONS 3 AND 9

    D. Troy Sellars, Esq.
    Assistant United States Trustee

By:   /s/ Gregory B. Schiller, Esq.
    Gregory B. Schiller, Esq.
    Trial Attorney
    United States Department of Justice
    Office of the United States Trustee
    Middle District of Pennsylvania

228 Walnut Street, Suite 1190  
Harrisburg, PA 17101  
Tel. (717) 221-4515  
Fax (717) 221-4554  
Email: Gregory.B.Schiller@usdoj.gov

Dated: January 24, 2022