United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 21-00958-HWV
Catherine A Zuraski     Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Jan 24, 2022     Form ID: 318     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Catherine A Zuraski, 330 Dundaff Street, Carbondale, PA 18407-1517 |
| 5406614 | + | BDR Solutions, LLC, d/b/a Roto Rooter, PO Box 400, Olyphant, PA 18447-0400 |
| 5406617 | + | Ernest A. Sposto, Jr., Esq., 108 N. Washington Avenue, Ste 701, Scranton, PA 18503-1878 |
| 5406621 | + | KML Law Group, P.C., 701 Market Street, Ste. 5000, Mellon Independence Center, Philadelphia, PA 19106-1541 |
| 5406623 | + | Mariner Finance, 765 Kidder Street, Wilkes Barre, PA 18702-6910 |
| 5406626 | + | Pennsylvania Ambulance LLC, PO Box 629, Scranton, PA 18512-0629 |
| 5406628 | | Pivot Physical Therapy, PO Box 69008, Baltimore, MD 21264-9008 |
| 5406631 | + | USAA Federal Savings Bank, Lake Vista 4, 800 State Hwy 121 Bypass, Ste. B, Lewisville, TX 75067-4180 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: GMACFS.COM | Jan 24 2022 23:48:00 | Ally Bank, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | + | EDI: AISACG.COM | Jan 24 2022 23:48:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RECOVERYCORP.COM | Jan 24 2022 23:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5406609 | | Email/Text: amscbankruptcy@adt.com | Jan 24 2022 18:45:00 | ADT Security Services, PO BOx 650485, Dallas, TX 75265-0485 |
| 5406610 | | EDI: AFNIRECOVERY.COM | Jan 24 2022 23:48:00 | AFNI, Inc., PO Box 3427, Bloomington, IL 61702-3427 |
| 5406608 | | Email/Text: mnapoletano@ars-llc.biz | Jan 24 2022 18:45:00 | Ability Recovery Services, LLC, PO Box 4262, Scranton, PA 18505-6262 |
| 5425170 | + | EDI: AISACG.COM | Jan 24 2022 23:48:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5406611 | | EDI: GMACFS.COM | Jan 24 2022 23:48:00 | Ally Financial, PO Box 78234, Phoenix, AZ 85062-8234 |
| 5406612 | | EDI: GMACFS.COM | Jan 24 2022 23:48:00 | Ally Financial, PO Box 9001951, Louisville, KY 40290-1951 |
| 5406613 | | EDI: BANKAMER.COM | Jan 24 2022 23:48:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 5406615 | + | EDI: CAPITALONE.COM | Jan 24 2022 23:48:00 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5406618 | | EDI: CITICORP.COM | Jan 24 2022 23:48:00 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 5406619 | | EDI: IIC9.COM | Jan 24 2022 23:48:00 | I.C Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |

| Recipient # | | Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 5406620 | | EDI: RMSC.COM | Jan 24 2022 23:48:00 | JC Penney, PO Box 960090, Orlando, FL 32896-5009 |
| 5406616 | | EDI: JPMORGANCHASE | Jan 24 2022 23:48:00 | Chase, PO Box 15153, Wilmington, DE 19886-5153 |
| 5406622 | | Email/Text: camanagement@mtb.com | Jan 24 2022 18:45:00 | M&T Bank, One Fountain Plaza, Buffalo, NY 14203 |
| 5406624 | | Email/Text: Bankruptcies@nragroup.com | Jan 24 2022 18:45:00 | National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 5406627 | | Email/Text: bkrgeneric@penfed.org | Jan 24 2022 18:45:00 | Pentagon Federal Credit Union, PO Box 1432, Alexandria, VA 22313-1432 |
| 5406625 | + | EDI: WFNNB.COM | Jan 24 2022 23:48:00 | Peebles, PO Box 182789, Columbus, OH 43218-2789 |
| 5407298 | + | EDI: RMSC.COM | Jan 24 2022 23:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5406629 | + | EDI: WTRRNBANK.COM | Jan 24 2022 23:48:00 | Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 5406630 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 24 2022 18:45:00 | Transworld Systems, Inc., 500 Virginia Drive, Ste. 514, Fort Washington, PA 19034-2733 |
| 5406632 | | EDI: WFNNB.COM | Jan 24 2022 23:48:00 | Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2022          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian E Manning | on behalf of Debtor 1 Catherine A Zuraski BrianEManning@comcast.net G17590@notify.cincompass.com |
| Gregory Benjamin Schiller | on behalf of Asst. U.S. Trustee United States Trustee Gregory.B.Schiller@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| John J Martin (Trustee) | pa36@ecfcbis.com trusteemartin@martin-law.net |

| | |
|---|---|
| Kristen D Little | on behalf of Creditor USAA Federal Savings Bank pabk@logs.com klittle@logs.com;logsecf@logs.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | |
|---|---|
| Debtor 1: Catherine A Zuraski | Social Security number or ITIN: xxx–xx–8710 |
| First Name Middle Name Last Name | EIN: __–_____ |
| Debtor 2 (Spouse, if filing): | Social Security number or ITIN: ____ |
| First Name Middle Name Last Name | EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | |
| Case number: 5:21-bk-00958-HWV | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Catherine A Zuraski

1/24/22

**By the court:**

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >
For more information, see page 2 >

Official Form 318     **Order of Discharge**     page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2